1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 NORTHERN CALIFORNIA GLAZIERS,          Case No.: C08-5451 JL
   ARCHITECTURAL METAL AND GLASS
12 WORKERS PENSION PLAN, et al.           **REQUEST FOR ENTRY OF JUDGMENT
                                          PURSUANT TO STIPULATION as to
13        Plaintiffs,                      Defendant AMERICA'S GLASS CENTER,
                                          INC., aka/dba ALL STATE GLASS
14 v.                                      CENTER, INC., ALL STATE GLASS
                                          CENTERS, INC., ALL SERVICE
15 AMERICA'S GLASS CENTER, INC., et al.,   CALIFORNIA GLASS CENTER, INC.,
                                          STATE GLASS CENTERS, INC.; and**
16        Defendants.

17                                        **DECLARATION OF MURIEL B. KAPLAN
                                          IN SUPPORT THEREOF**
18

19       I, Muriel B. Kaplan, declare:

20       1.      I am the attorney of record for plaintiffs herein.

21       2.      A Complaint was filed by Plaintiffs in this matter on December 4, 2008.

22       3.      An Amended Complaint was filed by Plaintiffs in this matter on December 5, 2008,

23 correcting a typographical error in the pleading caption.

24
         4.      Defendant AMERICA'S GLASS CENTER, INC., aka/dba ALL STATE GLASS
25
26 CENTER, INC., ALL STATE GLASS CENTERS, INC., ALL SERVICE CALIFORNIA GLASS

27

28                                                              **-1-**
                                               **REQUEST FOR ENTRY OF JUDGMENT
                                               Case No.: C08-5451 JL**
   P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\C08-5451 JL Request for Entry of Judgment 011609.DOC

CENTER, INC., STATE GLASS CENTERS, INC. ("America's Glass Center") was subserved on December 5, 2008, with mailing completed on December 11, 2008.

5.     A Proof of Service on Summons was filed with the Court on January 15, 2009.

6.     On December 22, 2008, Defendant entered into a Stipulation for Entry of Judgment ("Stipulation"), establishing a payment plan to satisfy the amounts owed to Plaintiffs in this action.  Attached hereto as *Exhibit A* and incorporated herein by reference is a true and correct copy of the Stipulation.

7.     The Stipulation was signed on December 22, 2008, by Defendant Nanette Conley in her capacity as President of America's Glass Center.

8.     Pursuant to ¶ 2(a) of the Stipulation, Defendants were required to make the first of 17 payments of $1,050.00 by December 22, 2008.  Pursuant to ¶ 4 of the Stipulation, Defendants "shall be considered to be [in] default of this Stipulation" if any required payment is not received timely.

9.     Defendants failed to make the first stipulated payment of $1,050.00 on or before December 22, 2008, and did not respond to Plaintiffs' January 6, 2009 written demand made for that payment, which allowed seven days to cure said default, as required by ¶ 4(a) of the Stipulation.  Attached hereto as *Exhibit B* and incorporated herein by reference is a true and correct copy of that written demand.

10.     In the event of default and failure by Defendants to cure such default, ¶¶ 4(a) and 5 specifically authorize entry of Judgment in favor of Plaintiffs. Paragraph 5(b) provides that Defendant expressly waives all rights to stay of execution and appeal.

11.     Pursuant to ¶ 5(a) of the Stipulation, the entire principal balance of **$22,132.98**, plus interest that accrues at the rate of 8% per annum, becomes due and owing upon default. Interest will continue to accrue at the rate of 8% per annum until the balance is paid.

12.     Twenty-five (25) days have elapsed from December 22, 2008, the date on which the first payment was due under the Stipulation, to January 16, 2009. Therefore 8% per annum interest of **$121.28** has accrued on the Stipulation balance of $22,132.98, through January 16,

-2-
**REQUEST FOR ENTRY OF JUDGMENT**
**Case No.: C08-5451 JL**

2009.

13.      Pursuant to ¶ 5(c) of the Stipulation, Defendants shall pay all additional costs and attorneys' fees incurred by Plaintiffs in connection with collection and allocation of the amounts owed to Plaintiffs under the Stipulation.  Attorneys' fees through December 10, 2008 are included in the Stipulation.   Additional attorneys' fees in the amount of **$1,800.00** were incurred in connection with this matter between December 11, 2008 and January 16, 2009, for telephone calls and written communications with Defendant and Plaintiff Trustees, for research relative to multiple addresses for service, and in the preparation of this Request for Entry of Judgment.  In addition, costs in the amount of **$563.50** were incurred in this connection with filing and attempted service and service of the Complaint.

14.      Plaintiffs therefore request that the Court enter Judgment in favor of Plaintiffs in the amounts due under the Stipulation for Entry of Judgment, as follows:

| | |
|---|---|
| Balance due under Stipulation | $22,132.98 |
| 8% p/a interest due on Stipulation (12/22/08-1/16/09) | $121.28 |
| Attorneys fees (12/11/08-1/15/09) | $1,800.00 |
| Costs of Suit | $563.50 |
| **TOTAL** | **$24,617.76** |

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 16th day of January, 2009, at San Francisco, California.


_____/S/_____
Muriel B. Kaplan

///
///
///
///
///
///
///
///
///
///
///

-3-
**REQUEST FOR ENTRY OF JUDGMENT**
Case No.: C08-5451 JL

P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\C08-5451 JL Request for Entry of Judgment 011609.DOC

1   IT IS SO ORDERED.

2       Judgment is hereby entered against Defendant America's Glass Center, Inc., aka/dba All

3 State Glass Center, Inc., All State Glass Centers, Inc., All Service California Glass Center, Inc.,

4 State Glass Centers, Inc. in the amount of $24,617.76, including interest through January 16, 2009,

5 and continuing thereafter at the rate of 8% per annum through the date of satisfaction of Judgment.

6

7 Dated: January 20, 2009               _____

8                            THE HONORABLE JAMES LARSON

9                            MAGISTRATE JUDGE

                             UNITED STATES DISTRICT COURT

-4-
**REQUEST FOR ENTRY OF JUDGMENT**
**Case No.: C08-5451 JL**

P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\C08-5451 JL Request for Entry of Judgment 011609.DOC