IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, *et al.*, <br><br>            Plaintiffs, <br><br>  v. <br><br> AMERICA'S GLASS CENTER, INC., *et al.*, <br><br>            Defendants. <br>                                                                         / | No. C 08-5451 SI <br><br> **ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW MOTION TO VACATE JUDGMENT** |

On February 3, 2009, the Court granted plaintiffs' motion for reinstatement of judgment as to defendant America's Glass Center, Inc. On February 6, 2009, Nanette Conley, President of defendant America's Glass Center, Inc., filed a motion to vacate the judgment. The motion to vacate judgment asserts that documents presented to the Court (and signed by defendant Conley on behalf of America's Glass Center) "do not contain terms agreed to between the parties." On February 11, 2009, Ms. Conley filed a letter requesting withdrawal of the motion to vacate, stating that the parties had reached an agreement regarding payment of the amounts due. The same day, plaintiffs filed a response to defendant's letter, disagreeing with certain statements in Ms. Conley's letter, and reserving their right to file a "documented response" to the motion to vacate judgment if necessary.

Based upon the materials submitted, the Court GRANTS defendant's request to withdraw the motion to vacate, and deems the motion to vacate judgment WITHDRAWN. (Docket No. 17).

**IT IS SO ORDERED.**

Dated: February 20, 2009

SUSAN ILLSTON
United States District Judge