1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    NORTHERN CALIFORNIA GLAZIERS, *et al.*,          No. C 08-5451 SI; No. C 09-3546 SI

9          Plaintiffs,                                **ORDER GRANTING DEFENDANTS'**
                                                       **MOTIONS TO SET ASIDE DEFAULTS**
10   v.                                                **AND DEFAULT JUDGMENT AND**
                                                       **DENYING PLAINTIFFS' MOTION FOR**
11   AMERICA'S GLASS CENTER, INC., *et al.*,           **DEFAULT JUDGMENT**

12          Defendants.
                                                    /
13

14          On January 15, 2010, the Court held a hearing on defendants' motions to set aside the defaults

15   and default judgment that have been entered in these related cases.  For the reasons discussed at the

16   hearing, the Court GRANTS the motions and sets aside the defaults entered in both cases, and the

17   default judgment entered in 08-5451.  Docket Nos. 31 & 35 in 08-5451; Docket Nos. 23 & 27 in 09-

18   3546.  The Court DENIES plaintiffs' motion for default judgment.  Docket No. 31 in 09-3546.

19          **Defendants' responses to the complaints must be filed no later than February 12, 2010.  As**

20   **discussed at the hearing, the corporate defendants may not appear in this case without counsel**.

21   The Court will hold a case management conference on March 12, 2010 at 3:00 pm, and at that time will

22   set an expeditious schedule for re`solving these cases.

23

24          **IT IS SO ORDERED.**

25

26   Dated: January 19, 2010

                                                    SUSAN ILLSTON
27                                                  United States District Judge

28