UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CA GLAZIERS et al,

    Plaintiff,

v.

AMERICA'S GLASS CENTER et al,

    Defendant.

Case Number: CV08-05451 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 19, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

America's Glass Center, Inc.
Nanette Ujdur Conley Robinson
5050 Pacheco Blvd.
Martinez, CA 94553

Dated: January 19, 2010

Richard W. Wieking, Clerk
By: Tracy Eorakis, Deputy Clerk