JORDAN J. YUDIEN, ESQ., SBN 121182
YUDIEN LAW FIRM
500 YGNACIO VALLEY ROAD, SUITE 300
WALNUT CREEK, CA 94596
Tel: (925) 472-0600; Fax: (925) 997-0111
jodyjay@pacbell.net

Attorney for Defendants AMERICA'S GLASS CENTER, INC., ALL STATE GLASS CENTER, INC., ALL SERVICE CALIFORNIA GLASS CENTER, INC., CALIFORNIA GLASS CO., MARTINEZ GLASS SERVICE, MARTINEZ GLASS CENTER, NANETTE UJDUR CONLEY ROBINSON, NANETTE UDJUR, NANETTE CONLEY, NANETTE UJDUR CONLEY, and NANETTE U. ROBINSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN; *et al.*; <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICA'S GLASS CENTER, INC.; *et al.*; <br><br> Defendants. | Case Nos. C08-5451 SI <br> ~~C08-5451 SI~~ <br> C-09-3546 <br><br> STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiffs and Defendants herein, by their undersigned attorneys, hereby stipulate and agree to entry of an order continuing the Case Management Conference in the above-referenced matters from March 12, 2010 to March 19, 2010 at 3:00 p.m.

Dated: March 9, 2010            YUDIEN LAW FIRM


By: /s/ *Jordan J. Yudien*
JORDAN J. YUDIEN, ESQ.
Attorneys for Defendants

Stip/Order to Continue CMC           1

| | |
|---|---|
| 1  Dated: March 9, 2010 | SALTZMAN & JOHNSON LAW CORP. |
| 2 | |
| 3 | By: /s/ Jordan J. Yudien *(crossed out)* — signed Muriel Kaplan |
| 3 | MURIEL KAPLAN, ESQ. |
| 4 | Attorneys for Plaintiffs |

Dated: March 9, 2010

SALTZMAN & JOHNSON LAW CORP.

By: ~~/s/ Jordan J. Yudien~~ *(signed Muriel Kaplan)*
MURIEL KAPLAN, ESQ.
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: March 9, 2010 | SALTZMAN & JOHNSON LAW CORP. |
| 2 | | |
| 3 | | By: /s/ Jordan J. Yudien |
| | | MURIEL KAPLAN, ESQ. |
| 4 | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | IT IS SO ORDERED | |
| 7 | | |
| 8 | Dated: March __, 2010 | *Susan Illston* |
| 9 | | Judge of the Northern District of California |

Stip/Order to Continue CMC          2