JORDAN J. YUDIEN, ESQ., SBN 121182
YUDIEN LAW FIRM
500 YGNACIO VALLEY ROAD, SUITE 300
WALNUT CREEK, CA 94596
Tel: (925) 472-0600; Fax: (925) 997-0111
jodyjay@pacbell.net

Attorney for Defendants AMERICA'S GLASS CENTER, INC., ALL STATE GLASS CENTER, INC., ALL SERVICE CALIFORNIA GLASS CENTER, INC., CALIFORNIA GLASS CO., MARTINEZ GLASS SERVICE, MARTINEZ GLASS CENTER, NANETTE UJDUR CONLEY ROBINSON, NANETTE UDJUR, NANETTE CONLEY, NANETTE UJDUR CONLEY, and NANETTE U. ROBINSON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S GLASS CENTER, INC., et al., <br><br> Defendants. | Case Nos.: C08-5451 SI <br>            C09-3546 SI <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE ENE DEADLINE AND CASE MANAGEMENT CONFERENCE |

    Plaintiffs and Defendants herein, by their undersigned attorneys, hereby stipulate and agree to entry of an order to (1) extend the deadline for completing the ENE in this matter to and including June 8, 2010, and (2) continue the Case Management Conference from June 4, 2010 to June 9 or June 10, 2010 by appearance or by telephone, and to extend the date for filing a Case Management Conference Statement accordingly.

    The reason for the stipulation to extend the ENE deadline is that the evaluator was unable to set a telephonic scheduling conference until May 4, 2010, and by then, the parties and evaluator could not find a date that all of them and their clients had available. Evaluator Jim Fleming has

1

authorized the parties to represent to the Court that he concurs in the request for extension and that he recommends its approval.

The reason for proposing to extend the Case Management Conference is to enable the parties to first complete the ENE. The parties are mindful that the Case Management Conference would be held on a Friday, but June 11, 2010 is not available to all parties. The Court is reminded the attorney Yudien will be out of the country from June 13 to June 29, 2010, and therefore request that the Case Management Conference be scheduled directly after a June 8, 2010 ENE (if approved by the Court) to avoid further delay in resolving these actions.

Dated: May ____, 2010

YUDIEN LAW FIRM

By: _____
Jordan J. Yudien, Esq.
Attorneys for Defendants

Dated: May 12, 2010

SALTZMAN & JOHNSON
LAW CORPORTION

By: _____
Muriel B. Kaplan, Esq.
Attorneys for Plaintiffs

ORDER

IT IS HEREBY ORDERED THAT:

1. The deadline for completing the ENE in this matter is extended to and including June 8, 2010.

2. The Case Management Conference set for June 4, 2010 is continued to __July 2_____, 2010.

Dated: _____ 2010

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
ENE DEADLINE AND CASE MANAGEMENT CONFERENCE
CASE NOS.: C08-5451 SI and C09-3546 SI
P:/Clients/GLACL/America's Glass/Complaint to Compel Audit/Pleadings/Stipulation to Continue ENE Deadline 051210