Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICA'S GLASS CENTER, INC., et al., <br><br> Defendants. | Case Nos.: C08-5451 SI and C09-3546 SI <br><br> **PLAINTIFFS' CASE MANAGEMENT STATEMENT** <br><br> Date: July 2, 2010 <br> Time: 3:00 p.m. <br> Ctrm: 10, 19th Floor <br> Judge: The Honorable Susan Illston |

Plaintiffs in the above two actions submit this Case Management Statement, to advise the Court of the status of these matters. Defendants' counsel is on vacation until returning to his office on July 1, 2010, which is the day before this Conference.

This Case Management Statement is submitted in both cases C08-5451 SI and C09-3546 SI because the issue to be resolved in both cases now addresses the validity of the Collective Bargaining Agreement on which Plaintiffs' claims are based.

1. On June 8, 2010, the parties met for Early Neutral Evaluation, and subsequent mediation.

-1-
PLAINTIFFS' CASE MANAGEMENT STATEMENT
Case No.: C08-5451 SI and C09-3546 SI
P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\Complaint re Contributions 1208\C08-5451 SI Ptf's CMC Statement 062510.DOC

-2-

2. The cases were not resolved, and the Neutral generously agreed to meet again with the parties to attempt resolution. However, the parties and their counsel continued discussion among themselves on that day, still without resolution.

3. Defendant's counsel thereafter advised that he believed he may be able to provide some resolution for the disputed issues discussed, which would resolve the actions. However, no further discussion has occurred as he left for vacation that week, and will not return until July 1, 2010.

4. Further discussion will realistically not begin again until the week of July 6, 2010, following the holiday weekend.

5. Plaintiffs therefore request that the Case Management Conference currently set for July 2, 2010 at 3:00 P.M. be rescheduled for July 16, 2010, to allow the parties 2 weeks' time to complete a resolution to this matter if possible, without a lengthy additional deferral of the already deferred, delayed and rescheduled appearances and conferences in these actions.

Dated: June 25, 2010
        SALTZMAN & JOHNSON
        LAW CORPORATION

        _____/s/_____
        Muriel B. Kaplan
        Attorneys for Plaintiffs

IT IS SO ORDERED:

For good cause shown, the Case Management Conference in these actions shall be continued to ___7/23/10_____ at 3:00 P.M.

Date:_____   _____
             U.S. DISTRICT COURT JUDGE

-2-
PLAINTIFFS' CASE MANAGEMENT STATEMENT
Case No.: C08-5451 SI and C09-3546 SI

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 25, 2010, I served the following document(s):

**PLAINTIFFS' CASE MANAGEMENT STATEMENT**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

*Attorneys for Defendants:*

**Jordan Jay Yudien, Esq.**
**Yudien Law Firm**
**500 Ygnacio Valley Road, Suite 350**
**Walnut Creek, California 94596**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 25th day of June, 2010, at San Francisco, California.


_____/s/_____
Qui X. Lu