Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICA'S GLASS CENTER, INC., et al.,<br><br>Defendants. | Case Nos.: C08-5451 SI and C09-3546 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT and [PROPOSED] ORDER**<br><br>Date:    September 3, 2010<br>Time:    3:00 p.m.<br>Ctrm:    10, 19th Floor<br>Judge:   The Honorable Susan Illston |

Plaintiffs in the two above-entitled actions submit this Case Management Statement, to advise the Court of the status of these matters.

1. As the Court's records will reflect, Case No. C08-5451 SI ("Collections Action") was filed on December 4, 2008, and an Amended Complaint was filed on December 5, 2008, to compel Defendants' compliance with their obligations under the terms of the Collective Bargaining Agreement to which they are signatory, with respect to May 2008 and July through September 2008 contributions, liquidated damages and interest, and any additional amounts due at the time of Judgment. Judgment was entered pursuant to a Stipulation.

2. Case No. C09-3546 SI ("Audit Action") was filed on August 3, 2009, to compel Defendants' compliance with their obligations under the terms of the Collective Bargaining

1  Agreement to which they are signatory, with respect to an audit of Defendants' records for the
2  period of June 1, 2007 through date of audit.  Plaintiffs filed a Motion for Default Judgment.

3       3.     On January 19, 2010, on Defendants' Motion, the Judgment was vacated and the
4  Motion set aside, to allow Defendants the opportunity to obtain counsel. Defendants' counsel filed
5  answers to the complaints.

6       4.     The parties met on June 8, 2010 for Early Neutral Evaluation which continued to
7  mediation.  The cases were not resolved thereby; however, upon departure from that meeting,
8  Defendants' counsel advised Plaintiffs' counsel that he believed that the parties could settle this
9  matter, and further stated that he expected to be able to present a proposal for resolution to
10  Plaintiffs, following his return from vacation on July 1, 2010.

11       5.     Plaintiffs received a settlement offer from Defendants on July 26, 2010.

12       6.     Defendants' settlement offer was not acceptable to Plaintiffs in its entirety, and on
13  August 3, 2010, Plaintiffs submitted a counteroffer to Defendants' counsel.

14       7.     Plaintiffs received a response to their counteroffer on August 25, 2010. The
15  response included, among other proposals, the suggestion that the parties meet with the mediator
16  again if necessary.  On August 26, 2010, Counsel for the parties had further discussions regarding
17  Defendant's August 25, 2010 response in a further effort to move towards settlement.

18       8.     Plaintiffs are not opposed to further Mediation.  The Mediator, James Fleming, has
19  informed the parties that he is out of the country now, and then unavailable through the first week
20  of October, 2010.  The parties therefore request that the Court order an in-person settlement
21  meeting of the parties and counsel, to be completed no later than September 15, 2010, and to set a
22  Mediation deadline within 7 days of the Mediator's availability.  (The prior Mediator generously
23  offered to meet again, and is familiar with the issues.)  The parties further request that such Order
24  allow for either party to serve discovery requests or file a Motion with the court, following
25  September 15, 2010.

26  ///
27  ///
28  ///

1    9.   Accordingly, the parties respectfully request that the Court set a settlement meeting deadline of September 15, 2010, and a Mediation deadline of 7 days within the Mediator's first available date.

Dated: August 27, 2010                              **SALTZMAN & JOHNSON**
                                                    **LAW CORPORATION**

                                          By:       /S/Muriel B. Kaplan
                                                    Muriel B. Kaplan
                                                    Attorneys for Plaintiffs


Dated: August 27, 2010                              **YUDIEN & ASSOCIATES**

                                          By:       /S/Jordan Jay Yudien
                                                    Jordan Jay Yudien
                                                    Attorneys for Defendants


IT IS SO ORDERED.

                                          date                    14     @ 9:30 a.m.
The Court hereby sets the ~~deadlines~~ of September ~~15~~, 2010 for the parties to meet in pursuit of settlement, and of 7 days from the Mediator's first available date in October, 2010, to conclude Mediation if necessary.

Date: _____        _____
                                     THE HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
**PLAINTIFFS' CASE MANAGEMENT STATEMENT**
**Case No.: C08-5451 SI and C09-3546 SI**
P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\Complaint re Contributions 1208\C08-5451 SI 8-27-10 Joint Status Conf Statement.DOC