Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.<br><br>Plaintiffs,<br>v.<br><br>AMERICA'S GLASS CENTER, INC., et al.,<br><br>Defendants. | Case Nos.: C08-5451 SI and C09-3546 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al. voluntarily dismiss, <u>without prejudice</u>, their claim against all Defendants AMERICA'S GLASS CENTER, INC., *aka/dba* ALL STATE GLASS CENTER, INC., ALL STATE GLASS CENTERS, INC., ALL SERVICE CALIFORNIA GLASS CENTER, INC., CALIFORNIA GLASS CO., STATE GLASS CENTERS, INC., MARTINEZ GLASS SERVICE, MARTINEZ GLASS CENTER, MARTINEZ GLASS, THE GLASS CENTER, GLASS CENTERS OF AMERICA, EAST BAY GLASS; and NANETTE UJDUR CONLEY ROBINSON, aka NANETTE UDJUR, NANETTE UJDUR, NANETTE CONLEY, NANETTE UJDUR CONLEY, NANETTE U. ROBINSON, pending completion of agreed settlement terms, set forth in an executed Stipulation for Entry of Judgment.

1.  If default by Defendants of the terms of the Stipulation occurs, the parties have stipulated to the entry of Judgment in favor of Plaintiffs, according to its terms.

2.  If no default of the stipulated terms occurs, no Judgment will be entered and dismissal <u>with</u> prejudice will be filed with the Court.

3.  Plaintiffs have not previously dismissed any similar action against Defendant, as these proceedings followed the Court's vacating of Plaintiffs' Judgment in Case No. C08-5451 SI, and denying Plaintiffs' Motion for Default Judgment in Case No. C09-3546 SI, to allow Defendants to obtain counsel.

It is therefore requested that these actions be dismissed without prejudice, and that the Court retain jurisdiction over these matters.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled actions, and that the foregoing is true of my own knowledge.

Executed this 21st day of October, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:  /S/Muriel B. Kaplan
      Muriel B. Kaplan
      Attorneys for Plaintiffs

IT IS SO ORDERED.

These cases are dismissed without prejudice and the Court shall retain jurisdiction over these matters.

Date:_____          _____
                                THE HONORABLE SUSAN ILLSTON
                                UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case Nos.: C08-5451 SI and C09-3546 SI

P:\CLIENTS\GLACL\America's Glass Centers\Pleadings\Complaint re Contributions 1208\Notice of Voluntary Dismissal 102010.DOC

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 21, 2010, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

*Attorneys for Defendants:*

**Jordan Jay Yudien, Esq.**
**Yudien Law Firm**
**500 Ygnacio Valley Road, Suite 350**
**Walnut Creek, California 94596**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 21st day of October, 2010, at San Francisco, California.

_____/S/_____
Vanessa de Fabrega

-1-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case Nos.: C08-5451 SI and C09-3546 SI